Lon A. Jenkins (4060)
Tami Gadd (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
465 South 400 East, Suite 200
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

**IN RE:**

Joshua R. Walmer
Tasha M. Walmer

**Debtors**

CASE: 22-21467

CHAPTER 13

Hon. R. KIMBALL MOSIER

## TRUSTEE'S CONTINUING OBJECTION TO CONFIRMATION

The Standing Chapter 13 Trustee, hereby objects to confirmation based on the following unresolved issues:

1. The Debtor(s) list on Schedule J an expense for 2019 Ram Laramie of $536. The Debtors are proposing to pay for this vehicle through the plan. The Debtor(s) should either substantiate this expense with admissible, documentary evidence, or remove it from Schedule J.

**Restatement of Issues from Prior Objection(s):**

1. Schedule D does not list every creditor that holds a secured claim; specifically, Les Schwab Tire.

2. Schedules I & J show net disposable income that is **greater** than the plan payment. Therefore, the plan and/or Schedules I & J should be amended so that the plan payment is equal to the disposable income on Schedule J.

THEREFORE, the Trustee has an ongoing objection to the confirmation.

Dated: August 19, 2022　　　　　　　　　　LAJ /S/
　　　　　　　　　　　　　　　　　　　　LON A. JENKINS
　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Continuing Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on August 19, 2022:

ROBERT A. EDER, JR, ECF Notification

　　　　　　　　　　　　　　　　　　　　/s/ Jaci Coyle